## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**PATRICIA FURR**                                                                                      **PLAINTIFF**

**v.**                                                                          **CIVIL ACTION NO.: 3:20-CV-00762-CWR-LGI**

**JACKSON/HINDS LIBRARY**                                          **DEFENDANTS**
**SYSTEM AND RICKY JONES**

## ORDER

**IT IS ORDERED** that the *Joint Ore Tenus Motion to Dismiss* is **GRANTED** and that this litigation is dismissed, with prejudice, in its entirety, each party to bear his or its own costs.

This 12th day of May, 2022.

                *s/ Carlton W. Reeves*
                **UNITED STATES DISTRICT COURT JUDGE**